UNITED STATES DISTRICT COURT
for the District of Delaware

| | |
|---|---|
| DRAGER MEDICAL AG & CO. KG, DRAEGER MEDICAL, INC. AND DRAEGER MEDICAL SYSTEMS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MAQUET, INC. and MAQUET CRITICAL CARE AB <br><br> Defendants. | ) ) ) ) ) ) ) ) C. A. No. 09-811 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: Maquet, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within twenty (20) days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs' attorney, whose name and address are:

**Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/30/09

Michele Ward
*Signature of Clerk or Deputy Clerk*

RLF1-3495925-1

Civil Action No.  09-811

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  MAQUET, INC

was received by me on *(date)*  12/10/09

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  MARY DRUMMOND (PROCESS AGENT), who is designated by law to accept service of process on behalf of *(name of organization)*  MAQUET, INC
C/O CORPORATION SERVICE CO  2711 CENTERVILLE RD. WILMINGTON, DE  on *(date)*  12/10/09, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/10/09

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc: