IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGER MEDICAL AG & CO. KG, DRAEGER MEDICAL, INC. and DRAEGER MEDICAL SYSTEMS, INC.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MAQUET, INC. and MAQUET CRITICAL CARE AB,<br><br>    Defendants/Counterclaim Plaintiffs. | C.A. No. 09-811-SLR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on March 23, 2009 upon the following attorneys of record at the following addresses as indicated:

    MAQUET'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)

## VIA HAND DELIVERY AND ELECTRONIC MAIL

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
gaza@rlf.com

**VIA ELECTRONIC MAIL**

Cyrus A. Morton
Brian A. Mayer
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
camorton@rkmc.com
bamayer@rkmc.com

                                            POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ David E. Moore*

J. Michael Jakes                     Richard L. Horwitz (#2246)
Christine Lehman                 David E. Moore (#3983)
FINNEGAN, HENDERSON, FARABOW,    Hercules Plaza 6th Floor
  GARRETT & DUNNER, L.L.P.        1313 N. Market Street
901 New York Ave., N.W.            Wilmington, DE 19899
Washington, D.C. 20001             Tel: (302) 984-6000
Tel: (202) 408-4000                 rhorwitz@potteranderson.com
                                               dmoore@potteranderson.com

Dated: March 23, 2010
958247 / 35180                              *Attorneys for Defendants Maquet, Inc. and*
                                                *Maquet Critical Care AB*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 23, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on March 23, 2010, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Frederick L. Cottrell, III | Cyrus A. Morton |
| Anne Shea Gaza | Brian A. Mayer |
| Richards, Layton & Finger | Robins, Kaplan, Miller & Ciresi L.L.P. |
| One Rodney Square | 2800 LaSalle Plaza |
| 920 N. King Street | 800 LaSalle Avenue |
| Wilmington, DE 19801 | Minneapolis, MN 55402-2015 |
| cottrell@rlf.com | camorton@rkmc.com |
| gaza@rlf.com | bamayer@rkmc.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

948917 / 35180